# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHLON PRINGLE and DERALYN PRINGLE,<br><br>            Plaintiffs,<br><br>     v.<br><br>OUTDOORS RV MANUFACTURING, INC.,<br><br>            Defendant. | Case No.   2:15-cv-02411-TLN-CMK<br><br>Superior Court Case No. FCS046042<br><br>**ORDER APPROVING JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE PURSUANT TO RULE 41(A)(1)(A)(II) OF THE FEDERAL RULES OF CIVIL PROCEDURE AND RETAINING COURT'S JURISDICTION OVER SETTLEMENT AGREEMENT**<br><br>Judge:            Hon. Troy L. Nunley<br>Magistrate Judge: Hon. Craig M. Kellison<br>Trial Date:     None set |

The Court, having considered the Joint Stipulation Dismissing Action with Prejudice, which was filed concurrently, hereby APPROVES of the Joint Stipulation and ORDERS as follows:

1. The Court expressly incorporates the terms of the Settlement Agreement executed by Plaintiffs, MAHLON PRINGLE and DERALYN PRINGLE ("Plaintiffs") and Defendant OUTDOORS RV MANUFACTURING,

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101

1 INC. ("Defendant") into this Order;

2. The Court shall retain jurisdiction to enforce any and all terms of the Settlement Agreement.

3. The instant action – *Mahlon Pringle and Deralyn Pringle v. Outdoors RV Manufacturing, Inc.* Case No. 2:15-cv-02411-TLN-CMK (the " Pending Action") – is hereby dismissed with prejudice as to all Defendants; and

4. Neither Plaintiff, nor Defendants, to the Pending Action shall recover any attorney's fees, expert fees or costs associated with the Pending Action, including, without limitation, attorneys' fees, except as provided for in the Settlement Agreement.

**SO ORDERED:**

Dated: April 25, 2016

_____
Troy L. Nunley
United States District Judge